United States Bankruptcy Court
Southern District of Texas

In re   Petroleum Products & Services, Inc.
                              Debtor(s)

Case No.  16-31201
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Petroleum Products & Services, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Alejandro Kiss
22420 State Highway 249
Houston, TX 77070

China Petroleum Technology & Dev. Corp
c/o C. Henry Knollenberg
1401 McKinney, Suite 1700
Houston, TX 77010

Jiangsu Jinshi Machinery Group
c/o Jesus Garcia
712 Main Street, Suite 1600
Houston, TX 77002

WDI SHC, LP
5315 B FM 1960 W, Ste #180
Houston, TX 77069

☐ None [*Check if applicable*]

March  4, 2016
Date

/s/ Edward L. Rothberg
Edward L. Rothberg 17313990
Signature of Attorney or Litigant
Counsel for   Petroleum Products & Services, Inc.
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
713.977.8686 Fax:713.977.5395
rothberg@hooverslovacek.com