

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/21/2016

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PETROLEUM PRODUCTS & SERVICES, INC. | § § | CASE NO. 16-31201-H1-11 |
| | § | Judge Marvin Isgur |
| Debtor. | § | |

ORDER CONTINUING HEARING ON
[PROPOSED] DISCLOSURE STATEMENT
[Relates to Docket #280 & ____]

Upon the Debtor's Motion to Continue the Hearing on the [Proposed] Disclosure Statement Under 11 U.S.C. § 1125 and Bankruptcy Rule 3016 In Support of Plan of Reorganization of Debtor (the "Motion"), such Motion having been adequately noticed to all parties and interest under the circumstances, and it appearing that good cause does exist to grant the Motion, it is

ORDERED, ADJUDGED AND DECREED that the hearing on the hearing on the [Proposed] Disclosure Statement Under 1 1 U.S.C. § 1125 and Bankruptcy Rule 3016 In Support of Plan of Reorganization is continued, and shall occur on 12/15/2016 in Courtroom 404, 515 Rusk, Houston, TX 77002 at 9:00 a.m. ; it is further

ORDERED, ADJUDGED AND DECREED that the deadline by which to file objections to the [Proposed] Disclosure Statement with the Court is 12/12/2016.

Signed:
November 21, 2016

_____
Marvin Isgur
United States Bankruptcy Judge